IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
2002 DEC 20  AM II: 12
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| TIMOTHY LEE BATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-00-C-2190-S |
| | ) | |
| WARDEN BILLY MITCHEM, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
DEC 2 0 2002

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 25, 2002, recommending

that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failure to state a claim upon

which relief may be granted pursuant to 28 U.S.C. § 1915A(b)(1). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including

the report and recommendation, the Court is of the opinion that the magistrate judge's report is due

to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the

complaint is due to be dismissed for failure to state a claim upon which relief may be granted

pursuant to 28 U.S.C. § 1915A(b)(1).  A Final Judgment will be entered.

DATED this __19th__ day of __December__, 2002.

_____
U. W. CLEMON
CHIEF UNITED STATES DISTRICT JUDGE